OSCN Found Document:CREATION OF THE UNIFORM REPRESENTATION OF CHILDREN AND PARENTS IN CASES INVOLVING ABUSE AND NEGLECT OVERSIGHT COMMITTEE

 

 
 

 
 CREATION OF THE UNIFORM REPRESENTATION OF CHILDREN AND PARENTS IN CASES INVOLVING ABUSE AND NEGLECT OVERSIGHT COMMITTEE
2020 OK 61
Decided: 06/29/2020
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2020 OK 61, __ P.3d __

 
Re: CREATION OF THE UNIFORM REPRESENTATION OF CHILDREN AND PARENTS IN CASES INVOLVING ABUSE AND NEGLECT OVERSIGHT COMMITTEE
ORDER
Â¶1 This Order amends paragraph 3 of SCAD 2019-65 entered on July 22, 2019. In all other respects, SCAD 2019-65 remains in effect.
Â¶2 The Task Force submitted an interim report on February 1, 2020, which included a recommendation to create pilot programs in order to improve the representation of children and parents in both urban and rural areas. The Task Force also unanimously voted to create a Parent Representation Program to implement attributes of high quality legal representation across the state.
Â¶3 In order to provide oversight to the Parent Representation Program and any pilot programs which may be created, as well as monitor the ongoing representation of children and parents paid by the district court fund budget, the Task Force will be renamed The Uniform Representation of Children and Parents in Cases Involving Abuse and Neglect Oversight Committee.
Â¶3 The Uniform Representation Oversight Committee shall submit an annual report to the Supreme Court regarding the status of uniform representation of children and parents in cases involving abuse and neglect not later than February 1st of each year.
Â¶4 Members will continue to serve without a specified term. The Chief Justice shall fill any vacancies as they occur.
Â¶5 DONE BY ORDER OF THIS COURT THIS 29TH DAY OF JUNE, 2020.
/S/CHIEF JUSTICE 
ALL JUSTICES CONCUR.